```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5
```



FILED
FEB 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 01: 06-CR-00321 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO UNSEAL |
| v. | ) | INDICTMENT AND |
| | ) | WARRANT OF ARREST |
| ABDULLA KASEM AHMED MUTHANA, | ) | |
| | ) | |
| Defendant. | ) | |

**SEALED**

The indictment and warrants of arrest in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made public record.

DATED: 2/27/2007

_____
DENNIS L. BECK
United States Magistrate Judge