1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5

    Attorney for Defendant
6   ABDULLA KASSEM MUTHANA

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,   )   Case No: 06-cr-00321-OWW
11                              )
         Plaintiff,             )   REQUEST FOR RECONSIDERATION
12                              )   OF DETENTION ORDER
         vs.                    )
13                              )   [18 U.S.C. § 3145(b)]
    ABDULLA KASSEM MUTHANA,     )
14                              )   Date: April 2, 2007
         Defendant.             )   Time: 1:30 p.m.
15   _____)   Courtroom: 3

16        Pursuant to the provisions of 18 U.S.C. § 3141(b)

17   Defendant   hereby   respectfully   moves   this   Court   for

18   reconsideration of his detention order on the grounds he is

19   not a flight risk and that there are conditions of release to

20   assure his appearance at trial.

21        Because  Defendant  is  not  charged  with  any  crimes

22   enumerated in 18 U.S.C. § 3142(f)(1), Defendant contends the

23   burden  is  on  the  Government  to  establish  by  preponderant

24   evidence he possess a flight risk and that no conditions of

25   release can assure his appearance at trial.

26        Defendant  reserves  the  right  to  orally  or  through

27   documentary evidence rebut any proposed Government evidence.

28

                                1

1   Respectfully submitted,

2   Dated: March 16, 2007

3   J. M. IRIGOYEN LAW CORPORATION

4

5   by: s/J. M. Irigoyen
        J. M. Irigoyen,
6       Attorney for Defendant
        Abdulla Kassem Muthana
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28