```
 1   J.M. IRIGOYEN #177626
     Attorney at Law
 2   J.M. IRIGOYEN LAW CORPORATION
     2131 Amador
 3   Fresno, CA 93721

 4   (559) 233-3333

 5   Attorney for Defendant
     ABDULLA MUTHANA
 6
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 CR 321 OWW |
| Plaintiff/Respondent, ) | |
| v.   ) | STIPULATION TO CONTINUE |
| ABDULLA MUTHANA, ) | HEARING FOR RECONSIDERATION OF DETENTION ORDER |
| Defendant/Movant. ) | |

\* \* \* \*

It is stipulated and agreed between the parties that the hearing for reconsideration of the detention order in the above matter currently set for Monday, April 2, 2007, be continued to April 30, 2007 at 9:00 a.m. so Dr. Blak may conduct a psychological evaluation of the Defendant. It is also agreed that Defendant shall provide the government with any written report 1 week prior to the hearing.

//

//

//

I hereby agree to the above stipulation.

Dated: 3-29-07

s/J. M. Irigoyen,
J.M. Irigoyen

I hereby consent to the above stipulation.

DATED: 3-29-07
                                        s/ Stanley Boone
                                        _____
                                        Stanley Boone
                                        Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

**Dated:   March 29, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE