```
1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5

   Attorney for Defendant
6  ABDULLA KASSEM MUTHANA

7
```

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,   )   Case No: 06-cr-00321 OWW
11                             )
         Plaintiff,            )   **J. M. IRIGOYEN'S ESQ.**
12                             )   **DECLARATION IN SUPPORT**
         vs.                   )   **OF DETENTION RECONSIDERATION**
13                             )   **PROFFER**
   ABDULLA KASSEM MUTHANA,     )
14                             )
         Defendant.            )
15   _____  )

16       I, J. M. Irigoyen, hereby declare:

17       1.   I am Defendant's defense counsel.

18       2.   For over a decade I have practiced federal criminal
19  law and assessed this case as reasonably defendable with no
20  more than 2-3 years sentence exposure. I estimate it has a
21  fighting probability at dismissal pre-trial, an even defense
22  verdict trial probability, an above-average post-trial success
23  probability. I have already considered strategized various
24  work product-confidential legal and factual defenses, and both
25  as officer of this Court and in good faith state this case has
26  numerous factual and legal defenses likely to destroy it.

27       3.   As part of my representation I hired Dr. Blak to
28

                                    1

1 | render the attached flight risk expert opinion.  Exhibit "A."
2 |     I declare under penalty of perjury the foregoing is true
3 | and correct.
4 | DATED: April 23, 2007

_____
J. M. Irigoyen
Declarant