Driving license Number: 2/525193

Name: Mas'ad or Mus'ed Ahmad Muhammad 'Ali,

Place of work: Makah,

Profession: Labourer,

Identity: Yemeni,

Driving permit Number: 122839,

This is good till: October-16-1990,

Blood type: (o),

Date and place of Issue: October-27-1985, Jeddah, Number: 7/390,

Source and Date: Makah, December-01-1985.

