1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5

   Attorney for Defendant
6  ABDULLA KASSEM MUTHANA

7

8

9             IN THE UNITED STATES DISTRICT COURT FOR THE

10                   EASTERN DISTRICT OF CALIFORNIA

11

    UNITED STATES OF AMERICA,   )   Case No: 06-cr-00321-OWW
12                              )
          Plaintiff,             )   **MOTION FOR LEAVE TO**
13                              )   **WITHDRAW AS ATTORNEY**
     vs.                         )   **OF RECORD**
14                              )
    ABDULLA KASSEM MUTHANA,      )
15                              )   Date: July 2, 2007
          Defendant.             )   Time: 9:00 a.m.
16  _____)   Dept: Hon. Oliver Wanger

17                              * * * *

18
         PLEASE TAKE NOTICE that on July 2, 2007 at the hour of
19
    9:00 a.m. or as soon thereafter as the matter can be heard in
20
    the above-entitled Court before Honorable Wanger, Defendant's
21
    counsel, J.M. Irigoyen, will move for an order for leave to
22
    withdraw as attorney of record in this case on the grounds
23
    Defendant is unable to pay for counsel's services.
24
         The motion is based on this notice, the memorandum of
25
    points and authorities filed herewith, on all papers,
26
    documents, and pleadings in this action, and on all oral or
27
    //
28

                                 1

```
 1    documentary evidence to be presented at the hearing on this
 2    motion.
 3
 4    DATED: May 25, 2007
 5    Respectfully yours,
 6    J. M. IRIGOYEN LAW CORPORATION
 7
 8    by: s/J. M. Irigoyen,
            J. M. Irigoyen, Esq.
            Attorney for Defendant
 9          Abdulla Kassem Muthana
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```