1  J.M. IRIGOYEN #177626
Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5

Attorney for Defendant
6  ABDULLA KASSEM MUTHANA

7

8

9        IN THE UNITED STATES DISTRICT COURT FOR THE

10              EASTERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,  )   Case No: 06-cr-00321-OWW
12                         )
        Plaintiff,         )   **DECLARATION OF COUNSEL IN**
13                         )   **SUPPORT OF MOTION TO WITHDRAW**
 vs.                       )   **AS ATTORNEY OF RECORD**
14                         )
ABDULLA KASSEM MUTHANA,    )
15                         )   Date: July 2, 2007
        Defendant.         )   Time: 9:00 a.m.
16  _____)   Dept: Honorable Wanger

17      I, J.M. Irigoyen, hereby declare:

18      1.  I am the attorney of record for Defendant, duly

19  authorized to practice in this District.

20      2.  Defendant has only been able to pay 20 percent of my

21  attorneys fees on the total contract price.  I have no

22  reasonable expectation he will be able to pay anything further

23  and am therefore economically disabled and unable to fully

24  perform as a zealous advocate.  I therefore request an order

25  authorizing my withdrawal herewith.

26  //

27  //

28  //

Lawyer's Declaration In Support Of Withdrawal Motion          1

1        I declare under penalty of perjury the foregoing is true

2   and correct and that this declaration was executed on this 25th

3   Day of June, 2007 at Fresno, California.

4

          s/J. M. Irigoyen,
5          J. M. Irigoyen, Esq.
             Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lawyer's Declaration In Support Of Withdrawal Motion              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28