McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00321 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER |
| v. | ) | |
| | ) | |
| ABDULLA KASEM AHMED MUTHANA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the motions hearing presently scheduled before the Honorable Oliver W. Wanger for September 17, 2007 at 1:30 p.m. be continued to October 22, 2007, at 1:30 p.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

The parties agree that the resulting delay occurring between September 17, 2007 and the date for the hearing of the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

///

1  IT IS SO STIPULATED.

2  Dated: September 13, 2007        McGREGOR W. SCOTT
                                    United States Attorney

                                    By: /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney

7  Dated: September 13, 2007         /s/ J.M. Irigoyen
                                     J.M. IRIGOYEN
                                     Attorney for Defendant
                                     ABDULLA KASEM AHMED MUTHANA

2

McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 1:06-cr-00321 OWW |
|                                   ) | |
|             Plaintiff,            ) | ORDER TO CONTINUE STATUS |
|                                   ) | CONFERENCE AND PROPOSED ORDER |
|       v.                          ) | |
|                                   ) | DATE: October 22, 2007 |
|                                   ) | TIME: 1:30 p.m. |
| ABDULLA KASEM AHMED MUTHANA,      ) | PLACE: Courtroom 3 |
|                                   ) | Honorable Oliver W. Wanger |
|             Defendant.            ) | |
|                                   ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for September 17, 2007 at 1:30 p.m. is continued to October 22, 2007 at 1:30 p.m. to be heard before the Honorable Oliver W. Wanger, in Courtroom 3.

IT IS FURTHER ORDERED that the resulting delay occurring between September 17, 2007 and the date for the hearing of the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

IT IS SO ORDERED.

**Dated:   September 13, 2007**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

3