```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____C. ESTEVES____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABDULLA KASEM AHMED MUTHANA<br>　aka Abdulla Qassem Ahmed,<br><br>　　　　Defendant. | 01: 06-CR-00321 OWW<br><br>VIOLATIONS: 18 U.S.C. § 1956(a)(3)- Money Laundering(Six counts) and 18 U.S.C. § 982(a)(1)- Criminal Forfeiture |

### S U P E R S E D I N G   I N F O R M A T I O N

<u>COUNT ONE:</u>   [18 U.S.C. § 1956(a)(3)- Money Laundering]

The United States Attorney charges:

　　　　ABDULLA KASEM AHMED MUTHANA
　　　　　aka Abdulla Qassem Ahmed,

defendant herein, between September 12, 2005 and October 12, 2005, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, to wit, the deposit of $36,984 in checks issued by the State of California, which transactions involved property represented by persons acting at the direction

1

1  and with the approval of a federal official authorized to
2  investigate and prosecute violations of Title 18, United States
3  Code, Section 1956, to the proceeds of specified unlawful
4  activity, that is, mail fraud, in violation if Title 18, United
5  States Code, Section 1341, with the intent to promote the carrying
6  on of the specified unlawful activity and to conceal and disguise
7  the nature, location, source, ownership and control of such
8  property, in violation of Title 18, United States Code, Section
9  1956(a)(3).

10 COUNT TWO:     [18 U.S.C. § 1956(a)(3)- Money Laundering]
11     The United States Attorney charges:

                    ABDULLA KASEM AHMED MUTHANA,
                       aka Abdulla Qassem Ahmed,

defendant herein, between November 16, 2005 and December 8, 2005, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, to wit, the deposit of $69,980 in checks issued by the State of California, which transactions involved property represented by persons acting at the direction and with the approval of a federal official authorized to investigate and prosecute violations of Title 18, United States Code, Section 1956, to the proceeds of specified unlawful activity, that is, mail fraud, in violation if Title 18, United States Code, Section 1341, with the intent to promote the carrying on of the specified unlawful activity and to conceal and disguise the nature, location, source, ownership and control of such property, in violation of Title 18, United States Code, Section

1956(a)(3).

COUNT THREE:    [18 U.S.C. § 1956(a)(3) - Money Laundering]

The United States Attorney charges:

ABDULLA KASEM AHMED MUTHANA,
aka Abdulla Qassem Ahmed,

defendant herein, between December 9, 2005 and December 22, 2005, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, to wit, the deposit of $53,430 in checks issued by the State of California, which transactions involved property represented by persons acting at the direction and with the approval of a federal official authorized to investigate and prosecute violations of Title 18, United States Code, Section 1956, to the proceeds of specified unlawful activity, that is, mail fraud, in violation if Title 18, United States Code, Section 1341, with the intent to promote the carrying on of the specified unlawful activity and to conceal and disguise the nature, location, source, ownership and control of such property, in violation of Title 18, United States Code, Section 1956(a)(3).

COUNT FOUR:    [18 U.S.C. § 1956(a)(3) - Money Laundering]

The United States Attorney charges:

ABDULLA KASEM AHMED MUTHANA,
aka Abdulla Qassem Ahmed,

defendant herein, between December 22, 2005 and January 12, 2006, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting

interstate and foreign commerce, to wit, the deposit of $48,736 in checks issued by the State of California, which transactions involved property represented by persons acting at the direction and with the approval of a federal official authorized to investigate and prosecute violations of Title 18, United States Code, Section 1956, to the proceeds of specified unlawful activity, that is, mail fraud, in violation if Title 18, United States Code, Section 1341, with the intent to promote the carrying on of the specified unlawful activity and to conceal and disguise the nature, location, source, ownership and control of such property, in violation of Title 18, United States Code, Section 1956(a)(3).

COUNT FIVE:   [18 U.S.C. § 1956(a)(3)- Money Laundering]

The United States Attorney charges:

ABDULLA KASEM AHMED MUTHANA,
aka Abdulla Qassem Ahmed,

defendant herein, on or about November 11, 2006, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, to wit, the deposit of $60,000 in cash, which transactions involved property represented by persons acting at the direction and with the approval of a federal official authorized to investigate and prosecute violations of Title 18, United States Code, Section 1956, to the proceeds of specified unlawful activity, that is, sale of counterfeit cigarettes, the sale a counterfeit goods, and the sale of stolen property, in violation if Title 18, United States Code, Sections 2314, 2315 and

4

2342(a), with the intent to promote the carrying on of the specified unlawful activity and to conceal and disguise the nature, location, source, ownership and control of such property, in violation of Title 18, United States Code, Section 1956(a)(3).

COUNT SIX:     [18 U.S.C. § 1956(a)(3)- Money Laundering]

The United States Attorney charges:

ABDULLA KASEM AHMED MUTHANA,
aka Abdulla Qassem Ahmed,

defendant herein, between February 18, 2007, in the State and Eastern District of California, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, to wit, $80,000 in cash, which transactions involved property represented by persons acting at the direction and with the approval of a federal official authorized to investigate and prosecute violations of Title 18, United States Code, Section 1956, to the proceeds of specified unlawful activity, that is, illegal sale of counterfeit and stolen goods, in violation if Title 18, United States Code, Sections 2314 and 2315, with the intent to promote the carrying on of the specified unlawful activity and to conceal and disguise the nature, location, source, ownership and control of such property, in violation of Title 18, United States Code, Section 1956(a)(3).

FORFEITURE ALLEGATION: [18 U.S.C. § 982(a)(1)- Criminal Forfeiture]

The United States Attorney further charges:

ABDULLA KASEM AHMED MUTHANA
aka Abdulla Qassem Ahmed,

defendant herein, as follows:

5

1  Upon conviction of one or more of the offenses alleged in
2  Counts One through Six of this Superseding Information, defendant
3  ABDULLA KASEM AHMED MUTHANA shall forfeit to the United States
4  pursuant to 18 U.S.C. § 982(a)(1), any property involved in said
5  violations, and any property traceable to such property, including
6  but not limited to the following:

    1. Approximately $70,265.38 in U.S. Currency seized from Bank of the West Account Number XXX-XX5970 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market;

    2. Approximately 161 Miscellaneous Third-Party Checks valued at $47,712.13 in U.S. Currency and 3 Western Union Money Orders valued at $1,680.00 in U.S. Currency, totaling $49,392.13 in U.S. Currency;

    3. Approximately $10,729.73 in U.S. Currency seized from Bank of the West Account Number XXX-XX0633 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market;

    4. Approximately $2,906.86 in U.S. Currency seized from Bank of the West Account Number XXX-XX3710 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market Lottery Account;

    5. Approximately $1,717.96 in U.S. Currency seized from Bank of the West Account Number XXX-XX1633 held in the name of Abdulla Q. Ahmed, DBA, Abdulla Ranchito Market;

    6. Approximately $249.56 in U.S. Currency seized from Bank of the West Account Number XXX-XX7524 held in the name of Abdulla Q. Ahmed, DBA, Abdulla's International Transfer;

    7. Approximately $378.01 in U.S. Currency seized from Bank of the West Account Number XXX-XX2456 held in the name of Abdulla Q. Ahmed, DBA, Abdulla's International Transfer;

    8. Approximately $81,933.44 in U.S. Currency seized from 2749 Whitley - Ranchito Market #1, in Corcoran, California; and

    9. Approximately $2,733.00 in U.S. Currency seized from 2838 Waukena, in Tulare, California.

If any property subject to forfeiture, as a result of the

1  offenses alleged in Counts One through Six of this Superseding
2  Information cannot be located upon the exercise of due diligence;
3  has been transferred or sold to, or deposited with, a third
4  person; has been placed beyond the jurisdiction of the Court; has
5  been substantially diminished in value; or has been commingled
6  with other property which cannot be subdivided without difficulty;
7  it is the intent of the United States, pursuant to 18 U.S.C. §
8  982(b)(1), incorporating 21 U.S.C. § 853(p) and to seek forfeiture
9  of any other property of said defendant up to the value of the
10 property subject to forfeiture.
11     All in violation of Title 18, United States Code, Section
12 982(a)(1).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: 11/15/07

By _____
STANLEY A. BOONE
Assistant U.S. Attorney

7