```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01:06-CR-00321 OWW |
| ) Plaintiff, ) | |
| ) v. ) | PRELIMINARY ORDER OF FORFEITURE |
| ABDULLA KASEM AHMED MUTHANA, ) | |
| ) Defendant. ) ) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Abdulla Kasem Ahmed Muthana, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.   Pursuant to 18 U.S.C. § 982(a)(1), defendant Abdulla Kasem Ahmed Muthana's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.   Approximately $70,265.38 in U.S. Currency seized from Bank of the West Account Number XXX-XX5970 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market;

        b.   Approximately 161 Miscellaneous Third-Party Checks valued at $47,712.13 in U.S. Currency

1

        and 3 Western Union Money Orders valued at $1,680.00 in U.S. Currency, totaling $49,392.13 in U.S. Currency;

    c. Approximately $10,729.73 in U.S. Currency seized from Bank of the West Account Number XXX-XX0633 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market;

    d. Approximately $2,906.86 in U.S. Currency seized from Bank of the West Account Number XXX-XX3710 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market Lottery Account;

    e. Approximately $1,717.96 in U.S. Currency seized from Bank of the West Account Number XXX-XX1633 held in the name of Abdulla Q. Ahmed, DBA, Abdulla Ranchito Market;

    f. Approximately $249.56 in U.S. Currency seized from Bank of the West Account Number XXX-XX7524 held in the name of Adbulla Q. Ahmed, DBA, Abdulla's International Transfer;

    g. Approximately $378.01 in U.S. Currency seized from Bank of the West Account Number XXX-XX2456 held in the name of Abdulla Q. Ahmed, DBA, Abdulla's International Transfer;

    h. Approximately $81,933.44 in U.S. Currency seized from 2749 Whitley - Ranchito Market #1, in Corcoran, California; and,

    i. Approximately $2,733.00 in U.S. Currency seized from 2838 Waukena, in Tulare, California.

    2. The above-listed assets constitute property involved in violations of 18 U.S.C. § 1956(a)(3) or is property traceable to such property.

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed properties. The aforementioned properties shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

    4. a. Pursuant to 18 U.S.C. § 982(b)(1) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall

2

1  publish at least once for three successive weeks in the <u>Hanford Sentinel</u>
2  (Kings County) and in the <u>Visalia Times-Delta</u> (Tulare County),
3  newspapers of general circulation located in the counties in which the
4  above-listed properties were seized, notice of this Order, notice of the
5  Attorney General's intent to dispose of the properties in such manner
6  as the Attorney General may direct, and notice that any person, other
7  than the defendant, having or claiming a legal interest in the above-
8  listed property must file a petition with the Court within thirty (30)
9  days of the final publication of the notice or of receipt of actual
10 notice, whichever is earlier.
11         b.   This notice shall state that the petition shall be for
12 a hearing to adjudicate the validity of the petitioner's alleged
13 interest in the properties, shall be signed by the petitioner under
14 penalty of perjury, and shall set forth the nature and extent of the
15 petitioner's right, title, or interest in the properties and any
16 additional facts supporting the petitioner's claim and the relief
17 sought.
18         c.   The United States may also, to the extent practicable,
19 provide direct written notice to any person known to have alleged an
20 interest in the properties that are the subject of the Order of
21 Forfeiture, as a substitute for published notice as to those persons so
22 notified.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   December 1, 2007**               **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE