1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  (209) 233-3333

5  Attorney for Defendant
   ABDULLA MUTHANA
6

7

8

9            UNITED STATES DISTRICT COURT FOR THE

10               EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,  )   Case No. 06 CR 321 OWW
12                            )
         Plaintiff/Respondent, )
13                            )      [Amended]
         v.                   )   STIPULATION TO CONTINUE
14                            )   SENTENCING
   ABDULLA MUTHANA,           )
15                            )
         Defendant/Movant.    )
16   _____)

17                        *  *  *  *

18
         It is stipulated and agreed between the parties that
19
   sentencing in the above matter currently set for Monday,
20
   February 4, 2008 be continued to April 14, 2008 at 1:30
21
   p.m.
22
         I hereby agree to the above stipulation.
23
   Dated: 1-28-08
24
                              s/J.M. Irigoyen
25                    _____
                              J.M. Irigoyen
26

27

28

                                1

1          I hereby consent to the above stipulation.

2     DATED:
                                    S/Stan Boone

3                          _____
                              Stan Boone
4                             Assistant U.S. Attorney

5
                                    ORDER
6
      IT IS SO ORDERED.
7
      **Dated:    January 25, 2008          _____/s/ Oliver W. Wanger_____**
8                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28