J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
ABDULLA KASSEM MUTHANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>ABDULLA KASSEM MUTHANA,<br>Defendant. | Case No: 06-cr-00321-OWW<br><br>**MOTION FOR DOWNWARD DEPARTURE OR VARIANCE**<br><br>Date: 04-14-08<br>Time: 1:30 p.m.<br>Room: 3<br>The Honorable Wanger |

**PLEASE TAKE NOTICE** that on the 14th day of April, 2008 at the hour of 1:30 p.m. or as soon thereafter as this matter can be heard in Courtroom No. 3 of the above-entitled Court, before the Honorable Oliver W. Wanger, Defendant will move this Court for an order granting a downward departure or variance on the grounds of (1) extraordinary acceptance of responsibility (a) $120,000 of legitimate funds, (b) entrapment and outrageous government conduct defenses, interference with right to counsel violation claims, and (d) naturalization rights; (2) imperfect legal defenses; and (3) sentencing manipulation.

This motion is based on this notice, Defendant's

declaration in support hereof, the points and authorities submitted herewith, on all papers, pleadings, and documents filed in this case, and on all oral and documentary evidence to be submitted at the hearing of this matter.

DATED: March 31, 2008

J. M. IRIGOYEN LAW CORPORATION

by: ______________________________
J. M. Irigoyen,
Attorney for Defendant
Abdulla Kassem Muthana