J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
ABDULLA KASSEM MUTHANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,     )<br>                              )<br>                              )<br>                              )<br>                              )<br>ABDULLA KASSEM MUTHANA,       )<br>                              )<br>              Defendant.      )<br>_____) | Case No: 06-cr-00321-OWW<br><br>**MUTHANA'S DECLARATION IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE & VARIANCE**<br><br>Date: 04-14-08<br>Time: 1:30 p.m.<br>Room: 3<br>The Honorable Wanger |

I, Abdulla Muthana, declare:

1. I am the Defendant in this case.

2. Frustrated on three times failing to informally recover $120,000 for Government seized legitimate funds which I needed for my defense, I finally decided to let the Government keep it and plead guilty even though that also meant forfeiting my entrapment and outrageous government conduct defenses and naturalization rights.

3. I cashed a total of $209,130 worth of EDD checks for which I charged and kept $16,940 of illegally earned fees and returned the remaining $192,190.00.

1

4. I also wire-transferred $60,000 in Government currency for which I earned $3,600 in illegal fees, incurred $1422 in expenses, and returned the remaining $54,978.

5. I lastly received $80,000 from the Government which I never wire-transferred which was wholly recovered at seizure with an additional $4,666.44 in cash, $49,392.13 in business checks and money orders, and $86,247.50 in bank account balances.

6. The total money the Government seized from me (excluding their $80,000 was therefore $140,306.07 of which $20,540 constituted illicit check-cashing and wire-transferring fees).

7. The remaining $119,766.07 are legitimately-derived funds and are therefore non-forfeitable.

I declare under penalty of perjury the foregoing is true and correct.

DATED: March 31, 2008

_Abdulla Kassem Muthana,_
Declarant