```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-cr-00321 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING AND MOTION FOR |
| v. | ) ) | DOWNWARD DEPARTURE OR VARIANCE AND PROPOSED ORDER |
| ABDULLA KASSEM MUTHANA, | ) ) |  |
| Defendant. | ) ) ) |  |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and J.M. Irigoyen, Attorney for Defendant ABDULLA KASSEM MUTHANA, that the Sentencing and Motion for Downward Departure or Variance currently scheduled for April 14, 2008, at 1:30

////
////
////
////
////

p.m., may be continued to April 28, 2008, at 9:00 a.m. before the Honorable Oliver W. Wanger.

DATED: April 10, 2008    By  /s/ Stanley A. Boone
                             STANLEY A. BOONE
                             Assistant U.S. Attorney


DATE: April 10, 2008     By  /s/ J.M. Irigoyen
                             J.M. IRIGOYEN
                             Attorney for Abdulla Kassem Muthana

**ORDER**

IT IS SO ORDERED.

**Dated:   April 10, 2008**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

2