```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
ABDULLAH MUTHANA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 cr 321 OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| ABDULLAH MUTHANA, ) | |
| Defendant. ) | |
| _____) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for May 12, 2008, be continued to May 27, 2008 at 9:00 a.m.

I hereby agree to the above stipulation.

Dated: May 8, 2008

```
                              s/J.M. Irigoyen

                              _____
                              by: J.M. Irigoyen
                              Attorney for Defendant
```

//

//

//

//

```
 1          I hereby consent to the above stipulation.
 2    DATED: May 8, 2008
                                         s/Stan Boone
 3                                       _____
 4                                       By: Stan Boone
                                         Assistant U.S. Attorney
 5
 6
 7                      ORDER CONTINUING SENTENCING DATE
 8
           IT IS SO ORDERED.
 9
      Dated:   May 8, 2008                   /s/ Oliver W. Wanger
10                                       UNITED STATES DISTRICT JUDGE
```