McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01:06-CR-00321 OWW |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| ABDULLA KASEM AHMED MUTHANA, | |
| Defendant. | |

WHEREAS, on December 4, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), based upon the plea agreement entered into between plaintiff and defendant Abdulla Kasem Ahmed Muthana forfeiting to the United States the following property:

      a.   Approximately $70,265.38 in U.S. Currency seized from Bank of the West Account Number XXX-XX5970 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market;

      b.   Approximately 161 Miscellaneous Third-Party Checks valued at $47,712.13 in U.S. Currency and 3 Western Union Money Orders valued at $1,680.00 in U.S. Currency, totaling $49,392.13 in U.S. Currency;

1

|  |  |  |
|---|---|---|
| | c. | Approximately $10,729.73 in U.S. Currency seized from Bank of the West Account Number XXX-XX0633 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market; |
| | d. | Approximately $2,906.86 in U.S. Currency seized from Bank of the West Account Number XXX-XX3710 held in the name of Abdulla Q. Ahmed DBA, Ranchito Market Lottery Account; |
| | e. | Approximately $1,717.96 in U.S. Currency seized from Bank of the West Account Number XXX-XX1633 held in the name of Abdulla Q. Ahmed, DBA, Abdulla Ranchito Market; |
| | f. | Approximately $249.56 in U.S. Currency seized from Bank of the West Account Number XXX-XX7524 held in the name of Adbulla Q. Ahmed, DBA, Abdulla's International Transfer; |
| | g. | Approximately $378.01 in U.S. Currency seized from Bank of the West Account Number XXX-XX2456 held in the name of Abdulla Q. Ahmed, DBA, Abdulla's International Transfer; |
| | h. | Approximately $81,933.44 in U.S. Currency seized from 2749 Whitley - Ranchito Market #1, in Corcoran, California; and, |
| | i. | Approximately $2,733.00 in U.S. Currency seized from 2838 Waukena, in Tulare, California. |

AND WHEREAS, on December 21 and 28, 2007, and January 4, 2008, the United States published notice of the Court's Order of Forfeiture in the Hanford Sentinel (Kings County), and on January 4, 11, and 18, 2008, the United States published notice of the Court's Order of Forfeiture in the Visalia Times-Delta, newspapers of general circulation located in the counties in which the above-listed properties were seized. Said published notices advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

///

AND WHEREAS, the United States sent direct written notice to Fadhel Abdool Munaser and Saleh Saeed;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject properties and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed properties pursuant to 18 U.S.C. § 982(a)(1), to be disposed of according to law, including all right, title, and interest of Abdulla Kasem Ahmed Muthana.

2. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

IT IS SO ORDERED.

**Dated:   July 15, 2008**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE